Alba Garcia v. Pritchard Industries LLC. And Ms. Garcia, you can hear us okay? Hi, yes, good afternoon. Yes, okay, very good. So you have five minutes of argument, so please begin whenever you're ready. Okay, five minutes. Okay, but I speak English just a little bit and I have my son with me. Can he help me if I can say anything? Yes, that's fine. Okay, thank you so much. So are you ready to begin? Oh, me? Okay. Oh, I'm sorry. Okay, I work for the company since 1997. And on the McGraw-Hill building, 2021, I worked for 10 years. And I lost the floors. After 10 years, I lost the floors. They supposed to give me a position. They have for me on NBC, on the same building, and they didn't. They gave me the position only for one week. And because I had seniority, and I have seniority, and they supposed to give me that position. They sent me to Macquarie building in 2015. When they sent me there, they said if the employer ask me, the supervisor preacher, when the guy in me for, you know, to clean the bathrooms, said your daughter is to clean the men's room and me, ladies room. And he said, if the employers ask you if you are permanent, say no. Just say you are going to replace me. And we said, why? I don't want any problem. Okay. He said you have to say that. When I started that building, one of the supervisors, the night schedule, Milo, his name is Milo. He's from Albania. He told me I'm not supposed to be on that building because the company never post the position. And that position is not for me. I say, I don't know. They sent me here, a permanent. I said the truth. A permanent because I lost my floors in my building. And he said, you have to leave. If you don't leave, anyway, you have to. I said I can. I can leave from my job. And they sent me here because I have seniority. And he said, it doesn't matter if you have seniority or not. This position is not for you. I said, okay, I can move from here. And they start harassing me. Do you understand? I'm sorry. We understand. I'm sorry. Can I just for a moment? So part of what we're considering is what happened at the We understand your basic arguments about what happened. But what we're considering is whether or not anything was improper with the arbitration. So maybe you'd like to say something about that. Okay. In the arbitration, I told everything to the arbitrator, Mrs. Biden. And I explained everything. And she said she doesn't find any discrimination. She doesn't find anything. They didn't send me the, I told her the company never gave me the discovery, the documents. They never sent me the discovery. I asked, I request, and I sent all of the evidence, all of the documents they asked me. And she said, it's not their obligation to send me evidence. I said, but how come they prove why they fired me? They have no, they have anything against me. And I explained to her about the sex harassment on 2016, about Carlos Jimenez. And she was surprised. She said, okay, that's not good. Do you suffer from the sex harassment? Did you? I said, yes. And she said, okay, when that happened, I said on 2016. Because she said that 2000, it was old because I suffered sex harassment for Willie Castro. He put me into the room and he almost, he almost raped me. And she said that that is too old, on 2000. But this one is new, on 2016. And they never write down on the transcript. They never put that. Because it's not the company's convenience, you know? And she helped the company because the company paid her. I didn't pay the arbitrator. And she was all the time, she was with the company. But anyway, she was surprised when I told her about the sex harassment. And they said that Mrs. Garcia, nobody can offer overtime because she said, everybody sex harassment, sex harassment. Do you know what I mean? That's why they put it in the transcript. That is not true. And because they want to change everything. They have no evidence. They have no nothing against me. I didn't have warnings on 20 years. Why they fired me without reason? The union, I told them, the arbitrator, the union never investigated my case. There is a letter on, I don't remember the, but I sent the letter to you from Rita Pierre, my first lawyer, from the first arbitrator. And they offered me my job back without retracting, without money. And I said no, I didn't accept. Why? I didn't do nothing. And she said, they investigate my case on that day for discrimination and they didn't find anything. And I was the witness. When they investigate, that is not true. That is false. They never called me to be in person to investigate any discrimination. They never did investigate anything. Okay. I think we, I think, I don't know if, I think we understand what your, what your arguments are. We have all the paperwork. And so we appreciate you speaking to us and we'll take the case under consideration and ultimately we'll issue a decision on that. Okay. Thank you. Thank you. And with that, I believe we now are ready to adjourn for the day. Excuse me, miss. They fired me because they give my job to another person and she didn't have any seniority in that building. Right. Why they didn't, why they didn't transfer me to another building? Why they fired me? Right. And Sergio Torres, he was on fire because he told me he paid for the job. Yes. He told me. We have your time for argument is over, but we have all the paperwork and we will consider your claim. Okay. Thank you. Okay. Thank you. Okay. Thank you so much. Thank you for my language. I'm sorry. I'm sorry for my voice. Thank you. No, I'm sorry. No, no, you're fine. Thank you. Thank you so much. God bless.